IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**UNITED STATES OF AMERICA**,
    *Plaintiff*,

v.

    Case No. 22-00235-03-CR-W-BP

**TRAVIS BAILEY**,
    *Defendant*.

---

### MOTION TO CONTINUE TRIAL
---

COMES NOW defendant Travis Bailey, by and through counsel, Laura E. O'Sullivan, and respectfully requests this Court to continue the trial of this matter currently set for June 3, 2024, to the December 2, 2024, trial docket. Mr. Bailey offers the following in support:

    1.    On October 12, 2022, an Indictment was filed charging Mr. Bailey and seven others. Mr. Bailey is charged with one count of conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846. An allegation of forfeiture is also included in the indictment. (Doc. 1).

    2.    On October 17, 2023, Mr. Bailey was arrested in this matter.

    3.    The Court appointed undersigned counsel in this matter on October 19, 2023. (Doc. 119)

    4.    On October 23, 2023, Mr. Bailey appeared before United States Magistrate Judge Lajuana M. Counts for his arraignment and detention hearing. The Court granted the government's motion for pretrial detention finding Mr. Bailey ineligible for release on bail. Mr. Bailey was remanded

1

to the custody of the U.S. Marshal. The case was set on the trial docket on January 8, 2024. (Doc. 125).

5. On November 27, 2023, counsel requested a continuance of the trial setting. (Doc. 137). The Court continued this matter to the June 3, 2024, Joint Criminal Jury Trial Docket. (Doc. 140)

6. Mr. Bailey and undersigned counsel require additional time to review the discovery, adequately investigate and prepare for trial, or seek other resolution. The defense cannot reasonably be ready for trial by June 3, 2024.

7. Sean Foley, Assistant United States Attorney, was consulted and does not object to this continuance.

8. Mr. Bailey conferred with counsel for Mr. William Bailey. They do not object to a continuance of this matter. All other co-defendants in this matter have entered guilty pleas and await sentencing.[1]

9. On March 22, 2024, Mr. Bailey was advised of his Speedy Trial rights and consented to this continuance request.

10. This continuance is not sought for the purpose of dilatory delay, but is sought in truth and fact that Mr. Bailey may be afforded due process of law under the Fifth Amendment to the United States Constitution and afforded effective assistance of counsel under the Sixth Amendment to the

---

[1] Savannah Smith pled guilty on 6/1/23 (Doc. 82); Eric Poston pled guilty on 12/11/23 (Doc. 141); Brandon Beadel pled guilty on 12/18/23 (Doc. 148); Alyssa Enlow pled guilty on 11/8/23 (Doc. 129); Dennis Morris pled guilty on 11/27/23 (Doc. 134); and Donald Potts pled guilty on 12/11/23 (Doc. 142).

United States Constitution. In accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), it is submitted that the above stated reasons for a continuance outweigh the best interest of the public and the defendant to a speedy trial, which is required by 18 U.S.C. § 3161(c)(1).

11. Under the provisions of 18 U.S.C. § 3161(h)(8)(A), the period of time until the next criminal trial docket should be excluded in computing the period of time in which the defendant should be brought to trial under the provisions of the Speedy Trial Act.

WHEREFORE Mr. Bailey respectfully requests this Court to remove this case from the June 3, 2024, trial docket, and to continue this case to the December 2, 2024, trial docket, and for whatever other relief this Court deems just and proper.

Respectfully Submitted,
/s/ Laura O'Sullivan
Laura O'Sullivan, #41318
MISSOURI DWI & CRIMINAL LAW CENTER
8427 Clint Drive
Belton, MO 64012
laura@benjaminlawkc.com
phone: 816-322-8008
fax: 816-322-8020

**CERTIFICATE OF SERVICE**

On March 22, 2024, I served this document by depositing an electronic copy of it in the Court's CM/ECF system, which shall distribute notice to all attorneys of record.

/s/ Laura O'Sullivan
Laura O'Sullivan